UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN WINTERS, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | No. 2:18-cv-02251 |
| | : | |
| ERIC TICE, | : | |
| SUPERINTENDENT, SCI SMITHFIELD; | : | |
| THE DISTRICT ATTORNEY OF | : | |
| PHILADELPHIA COUNTY; and THE | : | |
| PENNSYLVANIA ATTORNEY GENERAL, | : | |
| Respondents. | : | |

# O R D E R

**AND NOW**, this 18th day of February, 2020, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Winters's objections, ECF No. 24, to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation, ECF No. 19, is **APPROVED and ADOPTED**;

3. The petition for writ of habeas corpus is **DENIED and DISMISSED**;

4. This case is **CLOSED**; and

5. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge